IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **11-cr-197-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

1.    **EARL ALBERT MOORE,**

        Defendant.

---

**MINUTE ORDER**
*(Changing Time of Hearing)*

Judge John L. Kane **ORDERS**

The time of the Status Conference and Trial Setting set for June 23, 2011 is changed to **1:30 p.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated: June 22, 2011